IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01155-MSK-BNB

ALDO MARTINEZ-SALDANA, a/k/a Aldo Martinez, and
ROSA MARTINEZ,

       Plaintiffs,

v.

JEREMIAH AKIN, and
JAMIE WILSON,

       Defendants.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice **(#13)** filed by the parties and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 18th day of January 2006.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge